FILED

07/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0214

IN THE SUPREME COURT
OF THE STATE OF MONTANA

Supreme Court No. DA 20-0214

CRAIG TRACTS HOMEOWNERS'
ASSOCIATION, INC., TARA J.
CHAPMAN & MATTHEW B. LOSEY,
DONALD C. and BEVERLY A. FRIEND,
ROBERT J. & ANDREA E. MARICICH
FAMILY TRUST, MICKELSON
INVESTMENTS, LLC, SALLIE A. LOSEY,
HEMINGWAY PATRICK & CAROL T.
REVOCABLE LIVING TRUST,

      Plaintiff and Appellants,

v.

BROWN DRAKE, LLC,

      Defendant and Appellee,

## *ORDER GRANTING EXTENSION OF TIME*

Upon motion of Reid J. Perkins, attorney for Brown Drake, LLC ("Brown Drake"), and good cause appearing and no objection by Opposing Counsel,

IT IS HEREBY ORDERED that the Appellee is granted an extension to August 26, 2020, in which to prepare, serve and file its Response to Appellants' Opening Brief.

Dated this \_\_\_ day of July 2020.

_____
CHIEF JUSTICE

Reid J. Perkins, Esq.
WORDEN THANE P.C.
P.O. Box 4747
Missoula, MT 59804
(406) 721-3400
 _Attorneys for Appellee_

Dave Dalthorp
Scott Svee
JACKSON, MURDO & GRANT, P.C.
203 North Ewing
Helena, MT 59601
 _Attorneys for Appellants_

Alanah Griffith
GRIFFITH & CUMMINGS, PLLC
P.O. Box 116748
Big Sky, MT 59716
 _Attorneys for Amici_

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 15 2020